FILED

2010 FEB 24 P 2:40

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Paul Etan Fisher - #125309

CV 10 80050 MISC

### ORDER TO SHOW CAUSE

It appearing that Paul Etan Fisher has been suspended by the State Bar Court following a criminal conviction and is required to comply with Rule 9.20 of the California Rules of Court effective December 27, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before April 2, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Paul Etan Fisher
Attorney At Law
Law Office of Paul E Fisher
1000 Bristol St N #17-106
Newport Beach, CA 92660