**FILED**

MAY 17 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80050 MISC VRW

Paul Etan Fisher,

    State Bar No 125309                ORDER

_____/

    On February 24, 2010, the court issued an order to show cause (OSC) why Paul Etan Fisher should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the State Bar of California following a criminal conviction, effective December 27, 2009.

    The OSC was mailed to Mr Fisher's address of record with the State Bar on March 1, 2010. A written response was due on or before April 2, 2010. No response to the OSC has been filed as of this date.

    The court now orders Paul Etan Fisher removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

                                            VAUGHN R WALKER
                                            United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In The Matter of

Paul Etan Fisher,

_____/

Case Number: C 10-80050 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Etan Fisher
1000 Bristol St N #17-106
Newport Beach, CA 92660


Dated: May 17, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*